# Appendix C

# Appendix C

May 29th, 2020

## ADDENDUM No. 2
## to
## M/V Hanze Gendt / Duron LLC
## Charter Party dated April 17, 2020

It is hereby mutually agreed between Disponent Owners and Charterers that:

- The Vessel is to sail from Matarani towards Puerto Cabello. Vessel to proceed to Puerto Cabello for discharge of the entire cargo

- Time from vessel's arrival Matarani (5/23/20 at 05:06 hours local time) to vessel's sailing Matarani to count uninterrupted as detention at the rate of $11,600 gross with 5% total commission your end

- Charterers to pay Owners U.S.$ 365,500 lump sum. This amount is subject to 5% commission your end

- Should the above mentioned Matarani detention and $365,500 lump sum not be in Owner's account by the time vessel arrives in Balboa, the vessel is to drop anchor until funds are received. Time spent at Balboa in excess of 2 days to be for Charterer's account at the rate of $11,600 per day pro rata. Time to count uninterrupted from vessel's arrival Balboa until transit eastbound is initiated. It is understood that Owners will not pay Panama canal crossing fees until funds from Charterers are received and any transit delays that may result from late payment for crossing the canal shall count as detention

- Any detention accrued in Panama to be paid to Owners before breaking bulk in Venezuela

- Vessel to be free disbursement accounts in Venezuela (the $90,000 deduction mentioned in the original recap is no longer applicable). Charterers to place agent in funds prior to vessel's arrival Puerto Cabello

- Charterers/Receivers waive any right, and shall hold Owners harmless, for claims over condition of the cargo, exact wording to follow

- The procedure for changing "old" bills of lading for "new" bills of lading to be as per original fixture

All other terms, conditions and exceptions of the Charter Party remain unaltered.

_____          _____
For the Disponent Owners              For the Charterers
Kondot S.A                             Duron LLC