**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KONDOT S.A.,

               Petitioner,

   -against-

DURON LLC,

              Respondent.
-----------------------------------------------------------X

21 **CIVIL** 3744 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** for the reasons stated in the Court's Opinion and Order dated February 22, 2022, As Duron has failed to show that any of the grounds for refusal of recognition of the third partial final award applies, and as this Court "shall confirm the award unless it finds one of the grounds for refusal. . .specified in the [New York] Convention," Duron's motion to vacate the award is DENIED and Kondot's motion seeking confirmation of the award is GRANTED; accordingly, the case is closed.

Dated: New York, New York
       February 22, 2022

                                         RUBY J. KRAJICK
                                         _____
                                             Clerk of Court
                               BY:
                                             Deputy Clerk